# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ANDREW MASON,                          :
                                       :   Case No.: 3:18-cv-01716
    Plaintiff,                     :
                                       :   Judge Kari A. Dooley
    v.                             :
                                       :
YALE UNIVERSITY,                       :   **NOTICE OF VOLUNTARY**
                                       :   **DISMISSAL WITHOUT PREJUDICE**
    Defendant.                     :   **PURSUANT TO FRCP 41(a)(1)(A)(i)**


Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.  As of the date of this filing, Defendant has not served Plaintiff with either an answer or a motion for summary judgment.


Respectfully submitted,


/s/Laurie Rubinow
Laurie Rubinow (ct27243)
James E. Miller (ct21560)
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
lrubinow@sfmslaw.com
jmiller@sfmslaw.com

Jeffrey S. Goldenberg (*pro hac vice*)
Goldenberg Schneider, LPA
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Gary E. Mason (*pro hac vice*)
Whitfield Bryson & Mason, LLP
5101 Wisconsin Ave., NW, Ste. 305
Washington, DC 20016
Telephone: (202) 640.1160
Facsimile: (202) 429-2294
Email: gmason@wbmllp.com

Charles E. Schaffer (*pro hac vice*)
Levin Sedran & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Telephone: 215-592-1500
Facsimile: 215-592-4663
cschaffer@lfsplaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              /s/Laurie Rubinow